## DECLARATION OF CATHIE ADAMS

1. I am over 18 years of age, of sound mind, and in all ways capable of making this Declaration. The facts stated in this Declaration are within my personal knowledge and are true and correct. I could and would testify competently to these facts if called upon to do so.

2. I submit this Declaration in support of Hotze et al. motion for a temporary restraining order in Cause No. 4:20-cv-02104 in the Southern District of Texas.

3. I am the former Chairman of the Republican Party of Texas.

4. I am a delegate to the 2020 Republican Party of Texas State Convention in Houston, Texas.

5. The logistics of pulling together a convention for thousands of delegate in Texas is massive. The process of planning for the convention is a year-long endeavor that involves fundraising to cover expenses, expert event personnel, and countless meetings to draw up contracts for every aspect of the convention.

6. Trying to force convention planners to complete this work in a few days would be like putting a camel through the eye of a needle. It would be impossible to do all of this work in a few days in order to move the convention from one site to another.

7. The effort to plan the Texas Republican Convention is ultimately worth all of the effort because it allows each delegate and alternate to participate in the process of self-governance. This process is core to the success of our Constitutional Republic.

8. The reason we consider ourselves free is because our Constitutional Republic ensures that every voice can be heard. The Texas Republican Convention is one of the primary ways that Texas Republicans gather together to express their views and engage in the political process.

9. If the Houston mayor will not allow the Republican Convention to proceed and refuses to reason with Texans then legal action is necessary.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED on July 13, 2020.

_____
Cathie Adams

SUBSCRIBED AND SWORN BEFORE ME
THIS 13th DAY OF July, 2020

_____
NOTARY PUBLIC

ZULFIQAR JIWANI
My Notary ID # 12098115
Expires September 15, 2020

1