# AFFIDAVIT OF EDWARD R. RENSIMER, M.D., FACP

Dr. Edward Rensimer appeared in person before me today and stated under oath:

1. I am over the age of 18 and qualified to make this affidavit. I am a resident of the State of Texas. I have no direct or indirect interest in the outcome of this case for which I am offering observation, analysis, opinions, and testimony.

2. I am a medical doctor, certified in internal medicine and infectious diseases, and licensed to practice medicine in the state of Texas.

## General Overview of Data in Texas for COVID-19

3. As of Sunday, July 12, 2020, according to the Texas Department of State Health Services ("TXDSHS"): a) there have been 258,658 confirmed and presumed cases of the coronavirus ("COVID-19") in Texas; b) **Texas COVID-19 incidence rate** – the number of cases of a disease in the Texas divided by the Texas population of approximately 30,000,000 - is approximately 8 out of 1,000, or 0.8% confirmed with or presumed to have COVID-19; and, c) there have been 3,192 confirmed or presumed deaths attributed to COVID-19.

[Ref.: https://dshs.texas.gov/coronavirus/TexasCOVID19DailyCountyCaseCountData.xlsx]

4. As of Sunday, July 12, 2020 according to the TXDSHS, the overall **Texas COVID-19 death rate** - the number of deaths in Texas – 3,192 - attributed to the disease in Texas - divided by the Texas population of approximately 30,000,000 – is approximately 1 out of 10,000 Texans or **0.01%.**

[Ref. https://dshs.texas.gov/coronavirus/TexasCOVID19DailyCountyCaseCountData.xlsx ]

**General Overview of Data in Harris County for COVID-19**

5.  As of Sunday, July 12, 2020 according to the TXDSHS, there have been 43,939 confirmed and presumed cases of COVID-19 in Harris County.

    b) **Harris County COVID-19 incidence rate** – the number of cases of a disease in Harris County divided by the Harris County population of approximately 5,000,000 - is approximately 9 out of 1,000, or .009% confirmed with or presumed to have COVID-19; and, c) there have been 425 confirmed or presumed deaths attributed to COVID-19.

[Ref.: https://dshs.texas.gov/coronavirus/TexasCOVID19DailyCountyCaseCountData.xlsx]

6.  As of Sunday, July 12, 2020 according to the TXDSHS, the overall **Harris County COVID-19 death rate** - the number of deaths in Harris County – 425 - attributed to the disease in Harris County - divided by the Texas population of approximately 5,000,000 – is approximately 1 out of 10,000 or **0.01%.**

[Ref. https://dshs.texas.gov/coronavirus/TexasCOVID19DailyCountyCaseCountData.xlsx ]

**Analysis of COVID-19 Relative to the Flu in the United States**

7.  The United States Center for Disease Control (CDC) estimates that from October 1, 2019 – April 4, 2020, there have been upwards of 56 million flu cases. This means that the U.S. flu incident rate 56 million divided by 317,000,000 is 1 in 6 Americans or 17.6%. [Ref. https://www.cdc.gov/flu/about/burden/preliminary-in-season-estimates.htm]

8.  The CDC estimates that there have been upwards of 740,000 hospitalizations and upwards of 62,000 deaths due to this year's flu. That is upwards of 344 deaths per day due to the flu since October 1, 2019. **The U.S. flu death rate** - the number of deaths in the U.S. – 62,000 deaths due to the flu in the U.S. - divided by the U.S. population of 317,000,000 – is 1 in

5000, or **0.02%**. [Ref: https://www.cdc.gov/flu/about/burden/preliminary-in-season-estimates.htm].

9. Compared to the **U.S. flu incident rate of 1 in 6, or 17.6%**, the Texas **COVID-19 incident rate is 8 in 1,000, or .08%. This means the incident rate of the flu in the U.S. is approximately 220 times more than COVID-19 incident rate in Texas.**

10. Compared to the **U.S. flu death rate of .02%**, the **Texas COVID-19 death rate is 1 in 10,000, or .01%. This means the death rate due to the flu in the U.S. is nearly 2 times more than the COVID-19 death rate in Texas.**

**Analysis of COVID-19 Relative to the Flu in the Texas**

11. During the flu season in Texas 2018 - September 26, 2019, the TXDSHS reported that there were 10,020 deaths due to pneumonia and flu (P&I). The Texas P&I incidence rate was 0.034% or over 3 in 10,000. This is triple the current death rate for COVID-19. There has been no lock down of the flu related illnesses. There was no lock down during the 2018-2019 flu season, nor has there been any generalized lock down during any previous flu season. [Ref.: https://www.dshs.state.tx.us/IDCU/disease/influenza/surveillance/2019/19Wk39Oct04.pdf].

12. The record shows there have been no widespread closings of businesses, churches, schools and public gatherings due to a flu epidemic in the U.S. since the Spanish flu epidemic of 1918, when it is estimated that 675,000 Americans died. The population of the U.S. in 1918 was 103,200,000. The death rate was 1 in 16 Americans or .6%.

3

13. During the Obama administration the swine flu (H1N1) epidemic occurred between April 12, 2009 and April 10, 2010. The CDC estimated that there were 60,800,000 cases of the swine flu in the U.S. and 12,469 deaths. President Obama did not declare a national emergency until October 24, 2009, six (6) months after the swine flu (H1N1) had been recognized. In this incident, there was no lock down.

14. If the incident rate and the death rate, as aforementioned, for the annual influenza infection were the criteria for determining a public health hazard, and the basis for locking down Texas, the COVID-19 rates being less, would not constitute COVID-19 as a public health hazard, and therefore would not be a rational basis for a lock down.

15. If Americans and Texans were to react to the annual flu epidemic in the same way that people are reacting to COVID-19, then all Americans would isolate themselves from school, church services, work, and public gatherings for six (6) months annually during the flu season. But this is not what has occurred, and something Americans or Texans have not done.

16. Locking down and shutting down Texas and Harris County, based on the metrics available to date on COVID-19, seems to be setting a new norm – a new standard - for determining a public health hazard, and a new norm for the basis to shut down Texas. If this is the new norm, a new paradigm will likely need to be created for the Texas and U.S. economy, if they are to survive in their current form.

**Standardizing Our "Concern" for Public Health**

17. The recent events provide an opportunity to develop a standard for modulating our "concern" for public health – in general. Consider that every year upwards of 650,000 people worldwide die of respiratory illness related to the flu. That is 1,781 per day. A

4

million and a half, or 4,109 per day, die of tuberculosis. Over 800,000 children die of diarrhea annually—2,192 deaths per day. There are 200 million cases of malaria every year and nearly 450,000 deaths. That is 1,232 deaths daily.

18. Below are some statistics about illness and death in the United States. These statistics may vary; however, the error is likely to be no more than +/- 5% ("five-percent")

- **Iatrogenic** (Medical Errors incl. Prescription Drugs):   780,000 deaths/yr, 2136/day
- **Heart Disease:**   650,000 deaths/yr, 1,772/day
- **Cancer:**   600,000 deaths/yr, 1,650/day
- **Traffic Deaths:**   37,000 deaths/yr, 100/day
- **Traffic Injuries:**   2.35 million/yr, 6,438/day
- **Lung Infections:**   160,000 deaths/yr, 438/day
- **Stroke:**   146,000 deaths/yr, 400/day
- **Alzheimer's:**   121,000 deaths/yr, 332/day
- **Diabetes:**   84,000 deaths/yr, 230/day
- **Flu:**   Ave. 50,000 deaths/yr, 278/day
- **Kidney Disease:**   51,000 deaths/yr, 140/day
- **Suicides:**   47,000 deaths/yr, 129/day
- **Abortions:**   800,000 deaths/yr, 2,192/day
- **Opioid/Narcotic Overdoses:**   47,000 deaths/yr, 129/day
- **HIV/AIDS:**   56,500 new cases/yr, 155/day
- **STD Infections (gonorrhea, syphilis & chlamydia):** 2.4 million cases/yr, 6,575/day
- **Coronavirus (Jan. 21 – April 3, 2020):**   6,593 deaths, 97/day

[Ref.:https://www.cdc.gov/nchs/fastats/leading-causes-of-death.htm].

19. If one considers that there are approximately 2.4 million injuries from traffic accidents every year, resulting in 37,000 deaths per year. That means there are 6,575 injuries per day, and 100 deaths per day from traffic accidents. We as society no doubt acknowledge that this is significant and ongoing public health issue. However, there appears to be neither lock down orders being issued to stop driving nor outcry from our public health officials about eliminating all motor vehicles and forcing Americans to only travel via bicycles and

horses. There has been no statute or regulation to lower speed limits to a level as to virtually preclude lethal outcome from motor vehicle accidents.

**The Science**

20. When one rationally, with common sense, considers the current situation on COVID-19, the mathematics simply do not add up. The reaction – or, more specifically the over-reaction – is dissonant to the incident and death rates of COVID-19 situation, particularly given the data on the annual and daily death rates of other public health events.

21. The reality is that it is the over-reaction of a weakened and dysfunctional immune system. In fact, a true understanding of the immune system reveals that it is *not* just the pathogen or virus which damages cells and tissues, but rather the over-reaction via a "cytokine storm" of the individual's own immune system attacking their own tissue and cells. The modern science of the immune system informs us that it is <u>the over-reaction of our OWN weakened and dysfunctional immune system attacking tissues and cells of our own body that harms and kills, versus the virus - be it COVID-19 or any other virus.</u> In healthy individuals, the immune system processes pathogens with a natural immune response that is mild and non-lethal; however, in those who are immuno-compromised - elderly and those with pre-existing conditions - their own immune systems may overreact or underreact; and in the case of COVID-19, attacking lung epithelial cells and tissues leading to hospitalization and mortality.

22. In the current situation with COVID-19, the infection inspires a "cytokine storm" in those that have weakened and dysfunctional immune systems. As one ages, the immune system has a tendency to become weakened. Indicative of this is that the more serious symptoms, in the current situation, occur in those over the age of 60, who are debilitated and infirm,

6

and those with pre-existing conditions, such as obesity, diabetes, heart disease, and chronic lung disease. The older and sicker the individual, the more severe the disease tends to be. Younger and healthier people are less likely to manifest serious symptoms, even if they are infected. If they do have any symptoms, then they will be mild or moderate, and they will recover. Up to 25% of those who have COVID-19 are without symptoms. As such, in Harris County, the current COVID-19 cases are much more skewed to those under 40 years old and so the mortality rate has actually declined somewhat, apparently due to the younger age of those infected. Effective treatment should be focused on those who are ill, and infection control measures focused on those at high-risk for severe illness and death.

23. Based on the principles of modern personalized medicine, one size does not fit all, and from using our vast scientific understanding of pharmaceutical interventions, and infection control measures, wearing masks, hand cleansing, and social distancing, we should differentially support the four groups: COVID-19 positive, those in critical care, immune-compromised individuals, and those who are healthy, by enabling them to support their immune health, and end government lock downs and regulations for businesses, schools and churches, so we can get our economy and lives back in order.

SIGNED July 13, 2020.

Edward Rensimer, M.D., FACP

SIGNED under oath before me on 7/13, 2020.



(SEAL)

Notary Public, State of Texas

7

## APPENDIX I

**CURRICULUM VITAE**
Edward R. Rensimer, M.D., FACP
Infectious Diseases

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

**BIRTHPLACE**  Philadelphia, Pennsylvania

**ADDRESS**

Office:  Spring Valley Medical Plaza
9230 Katy Freeway, Ste 400
Houston, Texas 77055
Telephone: (713) 550-2000
Fax: (713) 973-0805
E-mail: err@traveldoc.com

**EDUCATION**
  Undergraduate
    27 May 71   B.A. Biology, cum laude
                Temple University
                Philadelphia, Pennsylvania

  Postgraduate
    29 May 75   M.D.
                Temple University School of Medicine

    1975–76    Internship, Internal Medicine
                Northwestern (University) Memorial Hospital
                Chicago, Illinois

    1976–78    Residency, Internal Medicine
                Northwestern (University) Memorial Hospital

    1979–81    Clinical/Research Fellowship,
                Infectious Diseases
                Division of Infectious Diseases
                University of Texas Health Sciences Center
                Houston, Texas

**LICENSURE**  13 June 79   Texas: F-5010

**CERTIFICATIONS**
  1 July 76    National Board of Medical Examiners:
               Diplomate

  12 Sept. 79  American Board of Internal Medicine:
               Diplomate

  9 Nov. 82    American Board of Internal Medicine
               Infectious Diseases Subspecialty:
               Diplomate

  17 Oct. 98   CPR Certification

  30 Jan. 99   American Society of Tropical Medicine and Hygiene:
               CTropMed® Certificate

  May, 2007    The International Society of Travel Medicine:
               Certificate in Travel Health®

UK Offshore Operators Association Limited
  UKOOA Approved Doctors Listing
  PIN: UKOOA/2001/446

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

## MEDICAL PRACTICE

| | |
|---|---|
| July 78-79 | Northwestern Memorial Hospital<br>Chicago, Illinois<br>Employee Health Service<br>Assistant Director<br><br>Emergency Department<br>Attending Physician<br>Adjunct Professor of Medicine |
| June-Oct. 78 | Blessing Hospital, Quincy, Illinois<br>Emergency Department |
| Feb.-June 78 | St. Joseph Hospital, Joliet, Illinois<br>Emergency Department |
| Nov.78–June 79 | American Telephone and Telegraph<br>Chicago, Illinois<br>Employee Health Services |
| Oct. 79-June 81 | Eastway General Hospital<br>Houston, Texas<br>Emergency Department<br><br>Sharpstown General Hospital<br>Houston, Texas<br>Emergency Department |
| Feb.-June 81 | Rosewood General Hospital<br>Houston, Texas<br>Emergency Department |
| Sept. 81-Present | Private Practice:<br>Rensimer & Associates: Infectious Diseases/Internal Medicine |
| Sept. 90-Present | International Medicine Center: International Medicine<br>- Director |

## HOSPITAL AFFILIATIONS

| | STAFF POSITION |
|---|---|
| North Cypress Medical Center | active |
| Methodist West Houston Hospital | active |
| Houston Methodist St. Catherine's LTAC | consulting |

## PROFESSIONAL ACTIVITIES/APPOINTMENTS

| | |
|---|---|
| 1989 | Chairman, Department of Internal Medicine<br>Memorial City Medical Center<br><br>Investigational Review Board<br>Memorial City Medical Center |
| 1989 | Pharmacy and Therapeutics Committee<br>West Houston Medical Center |

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

PROFESSIONAL ACTIVITIES/APPOINTMENTS (continued)

| | |
|---|---|
| 1994 | Board of Directors Member- EXCEL Independent Physicians' Association |
| 1997-99 | Medical Director Western Atlas International |
| 24-29 Sept. 97 | Western Geophysical Corporation Medical Director Overseas Worksite Evaluation: jungle camps, mountain sites, company medical facilities in Venezuela |
| 19-25 Aug. 98 | Western Atlas International Medical Director Overseas Evaluation: desert work projects/medical operations in Egypt |
| 1997 | EXCEL Independent Physicians' Association Utilization Management Committee Member |
| 1998 | Manuscript Editor/Reviewer <u>American Journal of Tropical Medicine and Hygiene</u> |
| 16 Nov. 98 | Marine Survival Training Center University of Southwestern Louisiana Course: Systems of Offshore Survival |
| 17 Nov. 98 | Western Atlas International Medical Director Offshore Medical Operations Evaluation: helicopter flight to vessel Western Monarch approximately 200 miles offshore in Gulf of Mexico to review ship's hospital and marine medical response systems |
| 14 Nov. 01 | Memorial Hermann Healthcare System Emergency Services Coordinating Council Member: Nuclear/Biological/Chemical Event Emergency Preparedness Subcommittee |
| Sept. 04 | Chairman, Medical Records Committee Memorial Hermann Memorial City Hospital |
| Sept. 04 | Medical Executive Committee Memorial Hermann Memorial City Hospital |
| March 05 | Performance Improvement Committee Memorial Hermann Memorial City Hospital |

Exxon Mobil Bloodborne Pathogen (BBP) Crisis Project:
Emergently (12 hours) created and managed a comprehensive corporate medicine response to hundreds of XOM employees potentially exposed to BBPs through contaminated influenza vaccine injection cross-shared needles – through lectures, written materials, and project-specific website launch (all over a 48hr. period).

Then organized proper arms-length (from company) mass BBP lab sceening and follow-up counseling on positive reports over the subsequent 3 months. As a result, employee panic was avoided and there were no lawsuits, to our knowledge, against the company for medical or personal-injury negligence. BBP positives were handled optimally without implication of the company (since there was no XOM causation established dut to methodology set-up by Dr. Rensimer).

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

PROFESSIONAL ACTIVITIES/APPOINTMENTS (continued)

| | | |
|---|---|---|
| Oct. 05 | Medical Staff Bylaws Committee<br>Memorial Hermann Memorial City Hospital | |
| March 06 | Medical Informatics Committee<br>Memorial Hermann Memorial City Hospital | |
| Nov. 06 | Town & Country Hospital/Stealth Limited Partners Hospital Venture Transition Committee | |
| 18 Dec. 07 | Chief-of-Staff, Elect<br>Memorial Hermann Memorial City Hospital | |
| Jan., 2010 | Memorial Hermann Hospital System Board of Directors | |
| Jan., 2010 | MCMC Chief of Staff (elected)<br>Memorial Hermann Memorial City Hospital | |
| Jan., 2010 | MCMC Patient Care Committee/ ID<br>Memorial Hermann Memorial City Hospital | |
| Jan., 2010 | MCMC Cardiovascular Surgery Task Force<br>Memorial Hermann Memorial City Hospital | |
| Jan., 2010 | MCMC Palliative Care Task Force<br>Memorial Hermann Memorial City Hospital | |
| Jan., 2010 | MCMC OBS Task Force<br>Memorial Hermann Memorial City Hospital | |
| 2 May 2010 | Chairman, Disruptive/Impaired Physician Task Force<br>Memorial Hermann Memorial City Hospital | |
| Jan., 2011 | Chairman, Harris County Medical Society Council of Hospital Chiefs of Staff | |
| Jan., 2011 | Harris County Medical Society Executive Board Member | |
| Jan., 2011 | Houston Academy of Medicine Board of Trustees Member | |
| Jan., 2011 | Harris County Medical Society Alternate Delegate to the Texas Medical Association House of Delegates: two-year term, 2011- 2012 | |
| Jan., 2011 | Texas Medical Association Liason Committee: Committee on Infectious Diseases | |
| Feb., 2011 | AMA-OMSS 2011: Interim Education Committee Member | |
| Oct., 2011 | Texas Medical Association Patient-Physician Advocacy Committee Member (2 yrs) | |
| Jan., 2012 | Harris County Medical Society Health Information Technology Committee | |
| Jan., 2012 | Harris County Medical Society Delegate, Texas Medical Association House of Delegates | |
| Oct., 2012 | Harris County Medical Society Board on Socioeconomics: three-year term, 2013 – 2015 (countywide election) | |

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

PROFESSIONAL ASSOCIATIONS

    Infectious Diseases Society of America
    American Society for Tropical Medicine and Hygiene
    American Medical Association
    Texas Infectious Diseases Society
    Harris County Medical Society - Western Branch
    Texas Medical Association
    College of Physicians of Philadelphia
    American College of Physicians
    American Society of Internal Medicine
    International Society of Travel Medicine
    National Association of Inpatient Physicians

PRESENTATIONS

Dec., 1980 — American College of Physicians
Regional Meeting
Dallas, Texas
Research Paper: "Comparative Pharmacology of Chloramphenicol in Adults"

Oct. 1993 — Abstract/Poster
Infectious Diseases Society of America Annual Meeting: New Orleans, LA
Title: Imported Malaria in the 1990s: A Report of 59 Cases from Houston, Texas
Authors: Moore TA, Tomayko, Jr JF, Wierman AM, Rensimer ER, White, Jr AC.

8 Dec. 98 — Enron Board of Directors Presentation: Healthy Travel to India

26 March 99 — Seventh Annual Conference, The Outpatient Intravenous Infusion Therapy Association Educational Session: Software Products to Enhance Your Outpatient Ambulatory Therapy Practice

19 Feb. 01 — Ocean Energy, Houston
Travel Medicine Presentation: General information on communicable diseases and methods of prevention

24 Oct. 01 — Memorial Southeast Hospital, Houston
Medical Staff Meeting
Lecture: Bioterrorism/Anthrax

29 Oct. 01 — Memorial Hermann Memorial City Medical Center
General Medical Staff Meeting
Lecture: Bioterrorism Overview

26 Sept. 03 — Vanco Energy, Houston
Travel Medicine Presentation: General information on communicable diseases and methods of prevention

28 Oct. 92 — Health Talk Houston
Cable Channel 5
Host: David Mobley, M.D.
Subject: International Travel Medicine

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

PRESENTATIONS (continued)

| | | |
|---|---|---|
| 25 Sept. 09 | Schlumberger: Pandemic Novel A (H1N1) Influenza | |
| 25 Sept. 09 | MI-SWACO: Pandemic Novel A (H1N1) Influenza | |
| 2 Oct. 09 | Cobalt Energy: Pandemic Novel A (H1N1) Influenza | |
| 14 Oct. 09 | ExxonMobil: Travel Medicine and Pandemic Flu | |
| Aug. 15 | FUGRO: Ebola Pandemic | |
| 15 Sept. 15 | First Choice Urgent Care Clinics - Rabies | |

MEDIA PRESENTATIONS/EXPOSURE

28 Oct. 92
Voluntary Hospitals of America
Satellite Network
Televised broadcast to 350 hospitals in 47 states; video distributed to 1200 hospitals
Topic:   Information Integration: Gaining a Strategic Advantage
Sponsor: IBM
Participation: Panel expert- provided vision statement on information systems integration in healthcare environment in the 1990s

19 April 95
Houston Healthcare Hour
KSEV (700AM) Radio Talk Show
Host:   E. Rensimer, MD
Guest: John Stern, MD, Dermatologist

12 July 96
Houston Healthcare Hour
KSEV (700AM) Radio Talk Show
Host:   E. Rensimer, MD

8 Oct. 96
Presentation to Conoco's Medical Directors
Company Physicians & Nurses
Topic: Multi-Drug Resistant TB/BCG Vaccine

11 Oct. 96
Texas Bay Area Assn. Of Occupational Health Nurses
Topic: Update Adult Immunization

10 Dec. 00
KPRC Radio 950AM Medical Talk Show
Topic: Influenza

26 Jan. 01
Houston Healthcare Hour
KSEV (700AM) Radio Talk Show
Topic: Meningitis

1 Oct. 01
Houston Healthcare Hour
KSEV (700AM) Radio Talk Show
Topic: Bioterrorism

7 April 02
The New York Times: The Practical Traveler –
When Sick Is Too Sick To Fly. Author, Hope Reeves.

13 June 02
Debra Duncan Talk Show/ABC T.V.
International Medicine Issues

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

MEDIA PRESENTATIONS/EXPOSURE (continued)

| Date | Details |
|---|---|
| Oct. 02 | Houston Healthcare Hour<br>KSEV (700AM) Radio Talk Show<br>Topic: West Nile Virus |
| 22 April 03 | Houston Healthcare Hour<br>KSEV (700AM) Radio Talk Show<br>Topic: SARS (Severe Acute Respiratory Syndrome) |
| 4 May 03 | KPRC Radio 950AM: Hearsay Show<br>Topic: SARS, Smallpox, AIDS, International Medicine |
| 4 Sept. 05 | KPRC Radio 950AM: Hearsay Show<br>TOPIC: HURRICANE KATRINA/LOUISIANA DISASTER – ID ISSUES |
| 27, 28 Oct. 05 | ExxonMobil Needlestick Exposure Crisis<br>Intervention Conferences/Response Protocol: 1100 – 1600 staff<br>Baytown Facility |
| 13 March 06 | KSEV (700AM) Radio Talk Show/Edd Hendee<br>TOPIC: Asian "Bird" Influenza |
| 1 May 09 | KSEV (700AM) "VOICE OF HOUSTON"/Edd Hendee<br>TOPIC: Swine Flu Pandemic |
| 1 May 09 | TV Cable Channel 5/39 News: Reporter Katishia Cosley; Swine Flu interview |
| 3 May 09 | KTRH 740 AM Radio: Dr. Joe Galati, "Your Health First"; Swine Flu interview |
| 11 Sept. 09 | KSEV (700AM) "VOICE OF HOUSTON"/Ed Hendee<br>TOPIC: Healthcare Reform and the Medical Profession |
| 15 Oct. 09 | KSEV (700 AM) "VOICE OF HOUSTON"/Ed Hendee<br>TOPIC: Healthcare Reform |
| 24 Oct. 09 | 1650 AM/Cyril Wolf, Moderator<br>TOPIC: Pandemic Flu |
| 19 May, 2010 | Great Day Houston, Channel 11, Debra Duncan: Travel Medicine |
| 9 Sept., 2010 | TV Cable Channel 5/39 News: Reporter Katishia Cosley: Community Staphylococcal Infections |
| 27 Sept., 2010 | FOX TV News, Channel 9: Hand Sanitizers and staphylococcal infections |
| 16 Oct., 2014 | KTRK/ABC Channel 13: Disinfecting Agents for Handwishing |
| 2 Feb., 2016 | KTRH 700 AM Radio: Dr. Mobley with Methodist Health Talk: Zika Virus Outbreak |
| 3 March, 2017 | KHOU TV, Channel 11: Zika Virus Outbreak |
| 9 Jan., 2018 | KTRH 700 AM Radio: Influenza Epidemic |
| 22 Jan., 2018 | KTRH 700 AM Radio: Influenza Epidemic |
| 11 March, 2020 | abc13.com (ABC, Channel 13 News, Houston):<br>1 Hr. Online Interview and Public Townhall on Coronavirus-19 Pandemic |
| 13 March, 2020 | Interview for "To Dine or Not To Dine? What to Consider Amid Coronavirus Concern"- Houston Food Finder |

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

| | |
|---|---|
| 30 March, 2020 | KTRH 740 AM Radio: COVID-19 Interview For Newscast |
| 2 April, 2020 | ABC Channel 13 News: COVID-19 Interview |
| 3 April, 2020 | KTRH 740 AM Radio: Michael Berry Show: 1 Hour Interview/ COVID-19 |
| 8 April, 2020 | ABC 13 TV News: COVID-19 Rapid Tests |
| 8 April, 2020 | Adventure Journal- Dan Oko: COVID-19 and Exercise Equipment Decontanimation |
| 22 April, 2020 | ABC Channel 13 NEWS: COVID-19 RESURGENCE |
| 4 May, 2020 | ABC 13 TV NEWS: COVID-19 Loosening Lockdown |
| 24 June, 2020 | ABC 13 TV NEWS: COVID-19 Testing |

## HONORS/AWARDS

| | |
|---|---|
| June 67 - May 71 | Sears-Roebuck Foundation Academic Scholarship |
| 27 May 71 | B.A. (Biology), cum laude, Temple University |
| May 88 | Infectious Diseases Society of America Membership |
| 3 Jan. 91 | Fellow American College of Physicians (FACP) |
| 1991 | Who's Who in Science and Engineering |
| Sept., 2003 | H Texas Magazine, Issue 2: named on Houston's "Super Docs" list (top physicians in the city). |
| Sept., 2005 | H Texas Magazine, Issue 2: named on Houston's "Super Docs" list (top physicians in the city). |

## U.S. PATENTS

December 1, 1998   U.S. Class 705/2; 705/3
No. 5,845,253: system and method for electronically recording patient-history data about on-going physician care procedures

November 28, 2000   U.S. Class 705/2; 705/3
No. 6,154,726: system and method for recording patient history data about on-going physician care procedures

## PUBLICATIONS

1. Rensimer ER, Ericsson CD, Pickering LK, Kramer WG.
Comparative clinical pharmacology of chloramphenicol succinate, palmitate, and base in adults. Abstract. Clinical Research 1981; 29, No. 2: 394A.

2. Lieber IH, Rensimer ER, Ericsson CD.
Campylobacter pericarditis in hypothyroidism. Am Heart J 1981; 102: 462-463.

3. Rensimer ER, Pickering LK, Ericsson CD, Kramer WG.
Sequential CSF concentration of chloramphenicol after administration of oral chloramphenicol palmitate. Lancet 1981; 1: 165.

4. Murray BE, Rensimer ER, Dupont HL.
Emergence of high-level trimethoprim resistance in fecal Escherichia coli during oral administration of trimethoprim or trimethoprim-sulfamethoxazole. N Engl J Med 1982; 306: 130-135.

5. Murray BE, Rensimer ER.
Transfer of trimethoprim resistance from fecal Escherichia coli isolated during a prophylaxis study in Mexico. J Infect Dis 1983: 724-728.

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

6. Kramer WG, Rensimer ER, Ericsson CD, Pickering LK.
   Comparative bioavailability of intravenous and oral chloramphenicol in adults. J Clin Pharmacol 1984;24: 181-186.

7. Nelson DP, Rensimer ER, Burke CM, Raffing TA.
   Cardiac legionellosis. Chest 1984; 86: 807-808.

8. Nelson DP, Rensimer ER, Burke CM, Raffing TA.
   Legionella pericarditis without pneumonia. Arch Int Med 1985; 145: 926.

9. Moore TA, Tomayko, Jr JF, Wierman AM, Rensimer ER, White, Jr AC.
   Imported Malaria in the 1990s: A report of 59 cases from Houston, Tex. Arch Fam Med 1994:3:130-136.

PUBLICATIONS (continued)

10. Rensimer, ER.
    Medical Care for International Visitors to the United States and Canada.
    In: DuPont HL, Steffen R, eds. Textbook of Travel Medicine and Health, second edition. Hamilton, ON: BC Decker 2001, Chapter 42.2: 490-494.

11. Rensimer, ER.
    Physicians and Software... Why and How?
    Texas Healthcare Magazine, Vol. 4, Issue 5; May, 2001.

12. Rensimer, ER.
    Bioterrorism: Our Future/The Enemy Within.
    Texas Healthcare Magazine, Vol. 5, Issue 3; November, 2001.

13. Rensimer, ER.
    Of MRSA Boils and Spider Bites: How Disease is Society-Specific.
    Houston Medical Journal, Vol. 1, Issue 4; August, 2003.

14. Rensimer, ER.
    Marcus LC, Froeschle JE, Hill DR, Wolfe MS, Maus D, Connor B, Acosta AM, Rensimer ER, Roberts A, Dardick K.
    Safety of Typhim Vi Vaccine in a Postmarketing Observational Study. J Travel Med 2007; Vol 14, Issue 6: 386-391.

*Edward Robert Rensimer, MD, FACP*
*Curriculum Vitae*
*June, 2020*

## PARTICIPATING INSURANCE PLANS*

- Aetna
- Affiliated Health Systems
- Affordable
- Alliance
- America's Health Plan
- Assurant Health
- Blue Choice
- Blue Cross/Blue Shield Texas
- Boone Chapman
- Caring Physicians Network
- Cigna
- Corsource
- DirectCare America
- First Health PPO
- Fortis
- Government Employees (GEHA)
- Guardian
- Health Smart PPO
- HEC Select
- HHPO
- Humana
- Lincoln National
- Medicare
- Multiplan
- Pacificare
- PPO NEXT
- Prinicipal Life PPO
- Prudential
- Texas True Choice
- TriCare
- Trustmark PPO
- United Healthcare
- Workman's Compensation

## PARTICIPATING PROVIDER NETWORKS*

- Beech Street
- Elder Health
- Gulf Coast IPA
- Health Administration Services
- Heritage Physicians Network
- Multiplan
- National Preferred Provider Network
- Private Healthcare Systems (PHCS)
- SelectCare – Memorial Clinical Associates, LPO
- Three Rivers Network

---

Edward R. Rensimer, MD, FACP

\* These lists are comprehensive, but not complete. Not all possible insurance plans or provider networks are listed. Please contact the business office for details.