IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN F. HOTZE, MD., *et al* | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, | § § § § | CIVIL ACTION NO. 4:20-cv-02104 |
| *Defendants*. | § § § | |

## ORDER GRANTING STATE DEFENANTS' MOTION TO APPEAR TELEPHONICALLY

The Court, having considered the motion of Governor Greg Abbott, The State of Texas, Texas Health and Human Services Commission, Texas Department of State Health Services, Phil Wilson, and John William Hellerstedt MD (collectively, the "State Defendants") to appear telephonically at the July 15, 2020 hearing, finds that good cause exists to grant said Motion. Thus, the Court hereby GRANTS the State Defendants' Motion to Appear Telephonically.

IT IS THEREFORE ORDERED that the State Defendants' Motion to Appear Telephonically is GRANTED.

SIGNED on this the _____ day of _____, 2020.

                                                                     HONORABLE LYNN N HUGHES
                                                                     UNITED STATES DISTRICT JUDGE