## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Gibbs    ☐ ~~Lytal~~ Harris |
| DATE | July 15, 2020 |
| TIME | 10:40 a.m.  —  5:06 p.m. |
| CIVIL ACTION | H — 20 — 02104 |
| STYLE | Steven F. Hotze et al. *versus* Greg Abbott et al. |

DOCKET ENTRY

☐ Conference,   ☑ Hearing, Day ____   ☐ Bench   ☐ Jury Trial   Reporter: Heather Alcaraz

| | |
|---|---|
| Jared Ryker Woodfill | for Steven F. Hotze, M.D. |
| Greg Holloway | for Houston First |
| Brian Anthony Amis | for Mayor Sylvester Turner |
| Todd Dickerson | for Gregg Abbott |

☑  Evidence taken [exhibits, testimony]: _____
☐  Argument heard on: _____
☐  Motions taken under advisement: _____
☑  Order to be entered.
☐  Internal review set: _____
☑  Rulings rendered on: TRO