**SECOND AMENDMENT TO GEORGE R. BROWN CONVENTION CENTER LICENSE AGREEMENT**

THIS **SECOND AMENDMENT TO GEORGE R. BROWN CONVENTION CENTER LICENSE AGREEMENT** ("Second Amendment") is made by and between the Houston First Corporation ("HFC") and **Republican Party of Texas** ("Licensee").

**WHEREAS** Licensee and HFC entered into License Agreement No. **6780** made effective **12/8/2017** ("Agreement") for the use and occupancy of a certain portion of the George R. Brown Convention Center (the "Facility"), as amended by the First Amendment to George R. Brown Convention Center License Agreement made effective **1/31/2019** ("First Amendment");

**WHEREAS** the parties have agreed to change the Event dates in exchange for further goodwill between the parties;

**NOW THEREFORE**, in light of the foregoing recitals, which are incorporated herein by this reference, the Agreement is amended as follows:

1) The Premises, License Periods, License Fees set forth in Exhibit "A" of the Agreement, titled "Premises and License Fees", are hereby amended and restated as follows:

| Premises | License Periods | License Fees |
| --- | --- | --- |
| Exhibit Hall C | 6:00 AM 7/13/2020 to 11:59 PM 7/15/2020 (Move-in) | $0.00 |
|  | 12:00 AM 7/16/2020 to 11:59 PM 7/18/2020 (Exhibits) | $30,000.00 |
| Exhibit Halls AB | 6:00 AM 7/13/2020 to 11:59 PM 7/15/2020 (Move-in) | $12,500.00 |
|  | 12:00 AM 7/16/2020 to 11:59 PM 7/18/2020 (General Session) | $48,000.00 |
| General Assembly Theater ABC | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Grand Ballroom ABC | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 310 | 6:00 AM 7/16/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 320 | 6:00 AM 7/16/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 322 | 6:00 AM 7/16/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 330 | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 332 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 340 | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 342 | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 350 A | 6:00 AM 7/13/2020 to 11:59 PM 7/15/2020 | $0.00 |
| Room 350 B | 6:00 AM 7/13/2020 to 11:59 PM 7/15/2020 | $0.00 |
| Room 350 C | 6:00 AM 7/15/2020 to 11:59 PM 7/15/2020 | $0.00 |
| Room 350 D-F | 6:00 AM to 11:59 PM 7/15/2020 | $0.00 |
| Room 350 | 12:00 AM 7/16/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 351 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 352 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 360 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 361 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 362 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 370 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 371 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 372 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Room 380 | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |

| Room 381 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| --- | --- | --- |
| Room 382 | 6:00 AM 7/15/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Show Office 207-211 | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Conference Rooms 212-215 | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| Box Office A | 6:00 AM 7/13/2020 to 11:59 PM 7/18/2020 | $0.00 |
| | Total: | $90,500.00 |

2) The License Fee shall neither increase nor decrease under the terms of this Second Amendment.

3) For the avoidance of doubt, the parties acknowledge and agree that the following occurrences are within the scope and definition of Force Majeure under Section 12 of the Agreement: Pandemics affecting Houston or preventing use and occupancy of the Facility; and orders materially and substantially restricting the size of gatherings at the Facility issued by the Mayor of the City of Houston, Governor of the State of Texas, or the President of the United States, issued within 30 days of the Event.

4) In the event of a conflict between the Agreement, the First Amendment and this Second Amendment, this Second Amendment shall prevail. All other terms and conditions of the Agreement, except as amended, shall continue in full force and effect.

5) Licensee agrees to submit a signed copy of this Second Amendment to HFC no later than **3/30/2020**. This Second Amendment shall be effective on the date of countersignature by HFC.

**Republican Party of Texas**
By: *[signature]*
Name: Kyle Whatley
Title: Executive Director

Date: 3/30/20

Houston First Corporation, "HFC"
By: _____

Name: Brenda W. Bazan
Title: President & CEO

Date: _____

2