# Houstonfirst

# Arrive Healthy.
# Leave Healthy.

**Our commitment to you.** Ensuring your health and safety is our top priority, and to do so, we are implementing enhanced measures in order to mitigate the spread of COVID-19 in five key areas:

While we have made every effort to maintain a healthy environment for your event, we ask for your support.

Each of us plays a role through social distancing and staying informed of the current guidelines from the government and CDC. For links to local resources, please visit **grbhouston.com/covid-19**.



1. Managing
2. Cleaning
3. Distancing
4. Messaging
5. Training

# Our Health & Safety Plan:

**1 Managing**

We are managing flow throughout our facilities and reducing risk for exposure by limiting facility entrances, executing check-in procedures that allow for contact tracing, and developing floor plans that promote social distancing. We are also controlling staffing and supply levels to contain the potential spread of the virus.

**2 Cleaning**

We have increased the frequency of cleaning of all high touch surfaces such as handles, buttons, and handrails. Our team uses EPA approved products and protocols proven effective against airborne and bloodborne pathogens.

**3 Distancing**

We have increased spacing between seats and tables in restaurants, concession areas and other common areas. We have placed distancing indicators near elevators, retail locations and other queuing areas. Elevators will have a strict two-person limit.

**4 Messaging**

We have placed signs throughout our facilities to inform and direct guests in preventing the spread of the virus. Signs displaying health and safety protocols are prominently displayed in high traffic areas. Information regarding recommended hygiene techniques is located outside of restrooms.

**5 Training**

All Houston First team members and service partners have completed mandatory training based on CDC, local health department, and industry recommendations before returning to work.

Houstonfirst