7/9/2020 Mayor Sylvester Turner's Statement on the Texas GOP Decision to Proceed with In-Person Convention - City of Houston | Newsroom

Case 4:20-cv-02104   Document 18-6   Filed on 07/17/20 in TXSD   Page 1 of 2

Exhibit 1-4, p. 1



## LATEST NEWS

# Mayor Sylvester Turner's Statement on the Texas GOP Decision to Proceed with In-Person Convention

🕐 JULY 3, 2020

In response to the Texas GOP decision to proceed with the scheduled in-person convention on July 16-18 at the George R. Brown Convention Center, Mayor Sylvester Turner issued the following statement today.

"In view of the pandemic's surge across the state and the strong statement from the Texas Medical Association to withdraw its support from an in-person convention at the George R. Brown Convention Center, the City was hopeful that the State Republican Executive Committee would elect to transition to a virtual platform."

"Now that the Executive Committee has made the decision to move forward, the City will decide what steps must be taken to protect the health and safety of employees, visitors, and the general public."

7/9/2020 Mayor Sylvester Turner's Statement on the Texas GOP Decision to Proceed with In-Person Convention – City of Houston | Newsroom

Case 4:20-cv-02104 Document 18-6 Filed on 07/17/20 in TXSD Page 2 of 2

Exhibit 1-4, p. 2

"At the very minimum, masks will be a requirement for attendance and service. However, it is also my hope that over the next several days, the party's leadership will reconsider in view of the rising number of positive COVID-19 cases, increased hospitalizations, and shortage of ICU beds."

POSTED IN: MAYOR'S OFFICE FILED UNDER: HOUNEWS, MYR - OFFICE OF THE MAYOR

← UPDATE: SUSPECT CHARGED, WANTED IN FATAL SHOOTING AT 3700 SOUTHMORE BOULEVARD
HOUSTON HEALTH DEPARTMENT, PARTNERS ANNOUNCE FREE COVID-19 TESTING SCHEDULE FOR WEEK OF JULY 6 →

Copyright © 2020 City of Houston | Newsroom — Stout theme by GoDaddy