EXHIBIT 1-8

