EXHIBIT 1-9

