IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

| | |
|---|---|
| STEVEN F. HOTZE, MD., *et al* § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREG ABBOTT, in his official § <br> capacity as Governor of Texas, *et al.*, § <br> *Defendants*. § | CIVIL ACTION NO. 4:20-cv-02104 |

## ORDER GRANTING
## PARTIES-IN-INTEREST REPUBLICAN PARTY OF TEXAS AND
## JAMES DICKEY'S MOTION TO APPEAR TELEPHONICALLY

The Court, having considered the *Parties-In-Interest Republican Party of Texas and James Dickey's Motion to Appear Telephonically*, filed July 17, 2020, seeking to appear telephonically at the July 17, 2020 hearing, finds that good cause exists to grant the relief requested. Thus, the Court hereby GRANTS the Motion to Appear Telephonically.

IT IS THEREFORE ORDERED that counsel for the Republican Party of Texas and James Dickey may appear by telephonically is GRANTED.

SIGNED on this the _____ day of _____, 2020.

_____
HONORABLE LYNN N HUGHES
UNITED STATES DISTRICT JUDGE