UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
July 23, 2020
David J. Bradley, Clerk

Steven F. Hotze, et al., §
§
      Plaintiffs, §
§
versus § Civil Action H-20-02104
§
Greg Abbott, et al., §
§
      Defendants. §

## Order on Dismissal

1. On agreement of the parties, both the Temporary Restraining Order entered July 17, 2020, and the Preliminary Injunction, signed and entered on July 19, 2020, are dissolved, and the case dismissed. (36)

2. All claims against Governor Greg Abbott, the State of Texas, the Texas Health and Human Services Commission, the Texas Department of State Health Services, Executive Director of the Texas DSHS -Phil Wilson, and Commissioner of the Texas DSHS -John William Hellerstedt, M.D., are dismissed, without prejudice.

Signed on July 22, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge